IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLIE TRUESDALE,<br><br>            Plaintiff,<br><br>   v.<br><br>ALBERT EINSTEIN HEALTHCARE NETWORK D/B/A EINSTEIN MEDICAL CENTER AND THOMAS JEFFERSON UNIVERSITY,<br><br>            Defendants. | CIVIL ACTION<br>NO. 22-1597 |

## ORDER

**AND NOW**, this 6th day of June 2024, upon receipt of the letter dated June 6, 2024 from Allison A. Barker, Esquire, counsel for Plaintiff, it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b) as to all Defendants.

2. The Clerk of Court shall docket the attached June 6, 2024 Letter from Allison A. Barker, Esquire.

3. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.